AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Gomez | ) | Case No. 3:17-cr-115 |
| Defendant | ) | |

RECEIVED USMS S/IOWA  2017 DEC 13 P 5: 01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Oscar Gomez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846, 963, 841(a)(1), 841(b)(1)(B)

drug conspiracy, conspiracy to import drugs, attempted possession with intent to distribute

WARRANT ISSUED

Date: 12/13/2017

JOHN S. COURTER, Clerk

By: *Rita Johnson*
DEPUTY CLERK

City and state: Davenport, Iowa

### Return

This warrant was received on *(date)* 12/13/2017, and the person was arrested on *(date)* 01/03/2018
at *(city and state)* Moline, ILL.

Date: 01/03/2018

Arresting officer's signature

Chad Hosz, DUSM
Printed name and title